# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| v. | : | No. 94-192-1 |
| MIKE PEREZ,<br>Petitioner. | : | |

## O R D E R

**AND NOW**, this 19th day of November 2013, upon consideration of the petitioner's *pro se* motion for relief pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Doc. No. 644) and responses thereto, it is hereby **ORDERED** that the motion is **DENIED** in its entirety.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.